IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KATIE STEINHOUR,                        §
                                        §
        Plaintiff,                      §
                                        §
VS.                                     §        CIVIL ACTION NO. SA-17-CA-181-FB
                                        §
ALLSTATE VEHICLE AND PROPERTY           §
INSURANCE COMPANY,                      §
                                        §
        Defendant.                      §

### *ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE AND JUDGMENT*

Before the Court is the unopposed Motion to Dismiss with Prejudice filed March 20, 2018 (docket #24). Plaintiff advises she no longer desires to pursue the matters set forth herein because all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties. The Court finds the unopposed motion to dismiss has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the unopposed Motion to Dismiss with Prejudice (docket #24) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's cause of action is DISMISSED WITH PREJUDICE as to defendant Allstate Vehicle and Property Insurance Company with all costs of court taxed against the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 23rd day of March, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE